**UNITED STATES of America,**
**Appellee,**

v.

**Vincent Leon DUCKETT, Appellant.**

No. 02–3425.

United States Court of Appeals,
Eighth Circuit.

Submitted April 2, 2003.

Decided April 3, 2003.

Filed April 4, 2003.

Before LOKEN,* Chief Judge,
BOWMAN, and WOLLMAN, Circuit
Judges.

PER CURIAM.

Vincent Leon Duckett pleaded guilty to
conspiring to possess and utter counterfeit
securities, in violation of 18 U.S.C. § 371,
and the district court[1] sentenced him to 60
months imprisonment, 3 years supervised
release, and restitution of $207,488. On
appeal, Duckett argues that the district
court erred in including in the amount of
loss altered cashier's checks totaling more
than $4,000,000, because they could not
have been negotiated and thus could not
have resulted in actual loss. In the alter-
native, he argues that he should have re-
ceived a 3–level reduction under U.S.S.G.
§ 2X1.1 (1995), because the greater loss
was merely attempted and not completed.
After careful review of the record, we re-
ject Duckett's arguments, and we affirm.

The district court did not clearly err in
determining the amount of loss. *See Unit-
ed States v. Oligmueller,* 198 F.3d 669, 671
(8th Cir.1999) (standard of review). Re-
gardless of whether the checks could have
been negotiated successfully, the evidence
at sentencing indicated Duckett intended
that they result in additional losses. *See*
U.S.S.G. § 2F1.1, comment. (n.7) (1995) (if
intended loss that defendant was attempt-
ing to inflict can be determined, this figure
will be used if it is greater than the actual
loss). Further, a reduction under section
2X1.1 was not appropriate because the of-
fense—conspiracy to possess forged secu-
rities—was completed, even if the loss was
not inflicted. *See* 18 U.S.C. § 513(a);
U.S.S.G. § 2X1.1, comment. (backg'd.)
(1995).

Accordingly, we affirm.

A true copy.

---

* The Honorable James B. Loken became Chief
  Judge of the United States Court of Appeals
  for the Eighth Circuit on April 1, 2003.

1. The HONORABLE JAMES M. MOODY,
   United States District Judge for the Eastern
   District of Arkansas.